IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ADVANCE MEDICAL LAB, INC.,** | ) | No. 06 B 07093 |
| | ) | |
| Debtor(s). | ) | |

## ORDER TO PAY ACCOUNTANT FIRST AND FINAL COMPENSATION AND EXPENSES

AT CHICAGO, ILLINOIS, IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE **JOHN H. SQUIRES,** BANKRUPTCY JUDGE
THIS 7th DAY OF MARCH, 2008

This cause coming on to be heard upon the Application of ALAN D. LASKO and ALAN D. LASKO & ASSOCIATES, P.C., Accountant for Trustee, GINA B. KROL, Trustee herein, for First and Final Allowance of Compensation and Expenses, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED that GINA B. KROL, Trustee herein, is hereby authorized to pay to ALAN D. LASKO and ALAN D. LASKO & ASSOCIATES, P.C., Certified Public Accountants, the amount of $2,688.60 as first and final compensation and $32.08 for expenses for the period from December 1, 2006 through January 25, 2008.

ENTER:

GINA B. KROL
COHEN & KROL
105 West Madison Street
Suite 1100                              _____
Chicago, IL  60602                                BANKRUPTCY JUDGE
312/368-0300