UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ADVANCE MEDICAL LAB INC | ) | Case No. 06-07093-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE JOHN H. SQUIRES
        BANKRUPTCY JUDGE

   GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

   1.   An order for relief under Chapter 7 was entered on June 16, 2006.  On June 30, 2006 an order was entered approving the employment of Counsel for the Trustee.  Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

   2.   Applicant requests $6,076.50, in compensation for 0.00 hours of services performed for the period June 23, 2006 through present and reimbursement of actual expenses in the amount of $139.82.

   3.  A description of the nature of the services rendered by the Applicant is as follows:

COMPENSATION

   Attorneys for the Trustee read and reviewed the fee request submitted by Trustee's counsel. Cohen & Krol prepared application and the required notice to creditors.  Cohen & Krol appeared in Court for the hearing and prepared the order authorizing the compensation.  Cohen & Krol expended 2.15 hours in the activity of Compensation.

OBJECTIONS TO CLAIM

   Cohen & Krol reviewed the claims register and identified several employee wages claims that were improper.  Cohen and Krol reviewed the claims and prepared sixteen objections thereto.  Cohen & Krol appeared in Court on at least two occasions to prosecute the Trustee's objections to claims.  Cohen & Krol expended 7.55 hours in the activity of Objections to Claims.

**EXHIBIT G**

PREFERENCE LITIGATION

At the Trustee's request, Cohen & Krol reviewed the Debtor's pre-petition financial activity to determine if preferential transfers were made by the Debtor which could be recovered by the Trustee for the benefit of creditors. Cohen & Krol expended 2 hours in the activity of Preference Litigation.

PROFESSIONAL EMPLOYMENT

Cohen & Krol prepared and presented Trustee's Application to Employ Attorneys for the Trustee as well as Trustee's Application to Employ Accountant for the Trustee. Cohen & Krol appeared in Court to present these applications and to obtain the requisite orders authorizing the employment. Cohen & Krol expended 2.50 hours in the activity of Professional Employment.

SALE OF ASSETS

Cohen & Krol prepared and presented the Trustee's Application for Authority to Accept Offer. Cohen & Krol prepared a notice to all creditors of this application and appeared in Court to obtain the necessary order. The sale of the Debtor's assets has enabled the Trustee to make a dividend to creditors in this case. Cohen & Krol expended 2.50 hours in the activity of Sale of Assets.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK2006 | 3.25 | 350.00 | $1,137.50 |
| GINA B. KROL/GBK2008 | 9.70 | 395.00 | $3,831.50 |
| LINDA M. KUJACA/LMK2006 | 1.75 | 290.00 | $ 507.50 |
| LINDA M. KUJACA/LMK2007 | 2.00 | 300.00 | $ 600.00 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

**EXHIBIT G**

8.    At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $6,076.50 and reimbursement of actual and necessary expenses of $139.82 for legal services rendered in this case.

                                                    RESPECTFULLY SUBMITTED,


Date: February 4, 2009                              /s/ Gina B. Krol



GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000


**EXHIBIT G**