UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ADVANCE MEDICAL LAB INC | ) | Case No. 06-07093-SQU |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

    At:      DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL 60187

    On: **April 3, 2009**              Time: **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $25,364.87 |
| Disbursements | $2,763.85 |
| Net Cash Available for Distribution | $22,601.02 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $3,286.49 | $0.00 |

| | | | |
|---|---|---|---|
| COHEN & KROL | $0.00 | $6,076.50 | $139.82 |
| *Attorney for Trustee* | | | |

5.    Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority wage claims totaling $31,962.40 must be paid in full for there to be any dividend to general unsecured creditors.  The priority wage dividend is anticipated to be 40.9828% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Internal Revenue Service | $700.99 | $701.06 |
| | Federal Unemployment Insurance | $90.45 | $90.46 |
| | Internal Revenue Service | $163.94 | $163.95 |
| | Other Deductions | $113.07 | $113.08 |
| | State Unemployment Insurance | $723.59 | $723.68 |
| 000008 | Romeo G Guese | $10,000.00 | $3,537.18 |
| 000009 | Holder John Topan | $5,000.00 | $1,768.59 |
| 000015 | Judith A Guese | $3,800.00 | $1,344.13 |
| 000018 | Tatyana Golubok | $3,946.00 | $1,395.77 |
| 000024 | Anil Shori | $4,717.90 | $1,668.80 |
| 000026 | Joaquin Vilma | $3,000.00 | $1,061.15 |
| 000027 | Cecilia Segovia | $1,500.00 | $530.57 |

7.    Claims of other priority creditors totaling $170,679.60 have been allowed and will be paid *pro rata only* after allowed wage claims have been paid in full. The dividend to other priority creditors is anticipated to be 0.0000%.

Allowed other priority claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000003B | IllinoisDept Employment Security | $18,308.85 | $0.00 |
| 000020B | Illinois Department Of Revenue | $5,798.00 | $0.00 |
| 000030B | Department Of The Treasury-Internal Revenue | $146,572.75 | $0.00 |

8.    Claims of general unsecured creditors totaling $83,597.78 have been allowed and will be
      paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
      The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Bio-Rad Laboratories Inc | $2,944.76 | $0.00 |
| 000002 | Laboratory Corporation Of America | $22,994.58 | $0.00 |
| 000003A | Illinois Dept Employment Security | $290.00 | $0.00 |
| 000004 | Fisher Scientific | $3,345.63 | $0.00 |
| 000007 | Alpha Medthrift Scientific Co,. | $505.05 | $0.00 |
| 000020A | Illinois Department Of Revenue | $525.65 | $0.00 |
| 000023 | Sanjay Asija, Cpa, P.C. | $3,845.00 | $0.00 |
| 000030A | Department Of The Treasury-Internal Revenue | $9,147.11 | $0.00 |
| 000030B | Department Of The Treasury-Internal Revenue | $146,572.75 | $0.00 |
| 000035 | Mohammad A Khair | $40,000.00 | $0.00 |

9.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual,
      fee reductions, or as ordered by the Court.

10.   The Trustee's Final Report and all applications for compensation are available for inspection
      at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or
      may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed,
      the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to
      Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11.   Debtor(s) have not been discharged.

12.   The Trustee proposes to abandon the following property at the hearing:

      Name of Property                                                                    Scheduled Value
      NONE

Dated:  **March 4, 2009**                         For the Court,


                              By: **KENNETH S. GARDNER**
                                  Kenneth S. Gardner
                                  Clerk of Bankruptcy Court


Trustee:        Gina B. Krol
Address:        105 West Madison Street
                Suite 1100
                Chicago, IL  60602-0000
Phone No.:      (312) 368-0300