UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ADVANCE MEDICAL LAB INC | ) | Case No. 06-07093-SQU |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL 60187

    On: **April 3, 2009**               Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                      $25,364.87

    Disbursements                                                                             $2,763.85

    Net Cash Available for Distribution                                             $22,601.02

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL
*Trustee Compensation* | $0.00 | $3,286.49 | $0.00 |

| | | | |
|---|---|---|---|
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $6,076.50 | $139.82 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority wage claims totaling $31,962.40 must be paid in full for there to be any dividend to general unsecured creditors. The priority wage dividend is anticipated to be 40.9828% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Internal Revenue Service | $700.99 | $701.06 |
| | Federal Unemployment Insurance | $90.45 | $90.46 |
| | Internal Revenue Service | $163.94 | $163.95 |
| | Other Deductions | $113.07 | $113.08 |
| | State Unemployment Insurance | $723.59 | $723.68 |
| 000008 | Romeo G Guese | $10,000.00 | $3,537.18 |
| 000009 | Holder John Topan | $5,000.00 | $1,768.59 |
| 000015 | Judith A Guese | $3,800.00 | $1,344.13 |
| 000018 | Tatyana Golubok | $3,946.00 | $1,395.77 |
| 000024 | Anil Shori | $4,717.90 | $1,668.80 |
| 000026 | Joaquin Vilma | $3,000.00 | $1,061.15 |
| 000027 | Cecilia Segovia | $1,500.00 | $530.57 |

7. Claims of other priority creditors totaling $170,679.60 have been allowed and will be paid *pro rata only* after allowed wage claims have been paid in full. The dividend to other priority creditors is anticipated to be 0.0000%.

Allowed other priority claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000003B | IllinoisDept Employment Security | $18,308.85 | $0.00 |
| 000020B | Illinois Department Of Revenue | $5,798.00 | $0.00 |
| 000030B | Department Of The Treasury-Internal Revenue | $146,572.75 | $0.00 |

8. Claims of general unsecured creditors totaling $83,597.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Bio-Rad Laboratories Inc | $2,944.76 | $0.00 |
| 000002 | Laboratory Corporation Of America | $22,994.58 | $0.00 |
| 000003A | Illinois Dept Employment Security | $290.00 | $0.00 |
| 000004 | Fisher Scientific | $3,345.63 | $0.00 |
| 000007 | Alpha Medthrift Scientific Co,. | $505.05 | $0.00 |
| 000020A | Illinois Department Of Revenue | $525.65 | $0.00 |
| 000023 | Sanjay Asija, Cpa, P.C. | $3,845.00 | $0.00 |
| 000030A | Department Of The Treasury-Internal Revenue | $9,147.11 | $0.00 |
| 000030B | Department Of The Treasury-Internal Revenue | $146,572.75 | $0.00 |
| 000035 | Mohammad A Khair | $40,000.00 | $0.00 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) have not been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | |

Dated: **March 4, 2009**  For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of Bankruptcy Court

| | |
|---|---|
| Trustee: | Gina B. Krol |
| Address: | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL  60602-0000 |
| Phone No.: | (312) 368-0300 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2                   Date Rcvd: Mar 04, 2009
Case: 06-07093                Form ID: pdf002             Total Served: 54

The following entities were served by first class mail on Mar 06, 2009.
db           +Advance Medical Lab Inc.,    1793 Blommingdale Rd  St  1,    Glendale Heights, IL 60139-3800
10781152     +AT&T,    Bill Payment Center,    Saginaw, MI 48663-0001
10969784     +Advanced Medical Laboratory Inc,    1793 Bloomingdale  Road,    Ste 1,
               Glendale Heights IL 60139-3800
10781145     +Albert Bernardo,    2189 Walcott Rd #103,    Aurora, IL 60504-7703
10781146      Alexander & Hamilton, Inc,    2518 Edenborn Avenue,    Metairie, LA 70002
10781147     +Alpha Medthrift Scientific Co,.,    16352 S. 104th Avenue,    Unit B,    Orland Park, IL 60467-5400
10781149     +Anil Shori,    12 Revere Dr,    S Barrington IL 60010-9584
10781150     +Appalachian Underwriters, Inc.,    PO Box 1017,    439 S Charles Seivers Blvd,
               Clinton, TN 37716-3934
10781151     +Aslam Farhana,    37 Hesterman De,    Glendale Heights, IL 60139-1942
10781153      Banc Of America Leasing,    Lease Administration Center,    PO Box 371992,
               Pittsburgh, PA 15250-7992
10781154     +Bio-Rad Laboratories,    Clinical Diagnostics Group,    PO Box 70378,    Chicago, IL 60673-0001
10812259     +Bio-Rad Laboratories Inc,    1000 Alfred Nobel Drive,    Hercules, CA 94547-1811
10781157      CLIA Laboratory Program,    PO Box 105422,    Atlanta, GA 30348-5422
10781156     +Cecilia Segovia,    1786 Lanyon Drive,    Bartlett IL 60103-2322
10781158     +Collections Section,    33 S. State Street,    10th Floor,    Chicago, IL 60603-2803
10781159      College of American Pathologists,    PO Box 71698,    Chicago, IL 60694-1698
10781160      Comcast,    PO Box 827554,    Philadelphia, PA 19182-7554
10781162     +Dacayo Antonino,    5159 W Addission St #2,    Chicago, IL 60641-3402
10781163     +Dade Behring Inc.,    c/o Bank of America Lockbox Srvc.,    13776 Collection Center Drive,
               Chicago, IL 60693-0137
10867603     +Fisher Scientific,    Gary Barnes-Regional Credit Manager,    2000 Park Lane,
               Pittsburgh PA 15275-1126
10781164     +Fisher Scientific Co LLC,    Attn: 939668,    13551 Collections Center Drive,
               Chicago, IL 60693-0135
10781165      Hinckley Springs,    PO Box 660579,    Dallas, TX 75266-0579
10781166     +Holder John Topan,    650 St Charles Rd #209,    Carol Stream, IL 60188-2643
10781167     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,     Bankruptcy Section,
               100 W. Randolph Street,    Chicago, IL 60602)
10897679     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,     Bankruptcy Section,
               100 West Randolph Street Level 7-400,    Chicago, Illinois  60601)
10781169     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10781168     +Illinois Dept Employment Security,    Attorney General Section - 7th Floor,    33 S State St,
               Chicago, IL 60603-2804
10892931     +JUDITH A GUESE,    1929 GLENROCK LN,    GLENDALE HEIGHT IL 60139-2146
10781170     +Joaquin Vilma,    3133 N Menard Ave,    Chicago, IL 60634-5223
10897570     +John Tapan Halder,    650 St Charles Rd #209,    Carol Stream IL 60188-2643
10781171     +Johnson & Repasky, PLLC,    108 Esplanade, Suite 310,    Lexington, KY 40507-1962
10781155     +Josue D Castillo,    1308 N. Lind Ave,    Berkeley, IL 60163-1223
10781172     +Julian John,    4816 N Monticells,    Chicago, IL 60625-5640
10781173     +LABSCO,    250 Ottawa Avenue,    Louisville, KY 40209-1213
10823777     +Laboratory Corporation of America,    c/o Karen W Irving,    Johnson & Repasky PLLC,
               108 Esplanade  Ste 310,    Lexington KY 40507-1962
10781174    +++Mercado Migdalia,    5342 N. Christiana,    Chicago, IL 60625-4754
10974903     +Mohammad A Khair,    2N049 BLooomigdale Road,    Glendale Heights IL 60139-3167
10781175     +National Bureau Of Collections, Inc,    6305 N. Milwaukee Avenue,    Chicago, IL 60646-3748
10781177      Nigro & Westfall,    Glendale Heights, IL 60139
10781148     +Paterno S Angara Jr.,    6040 Butterfield Rd,    Berkeley IL 60163-1514
10781178      Pitos Prosperita,    6400 Bay Colony Dr. #1,    Des Plaines, IL 60016
10781179     +Qaiser Quddusi,    5 N 855 Baker Hill Ct.,    Saint Charles, IL 60175-7401
10781180     +Reashawn Moore,    4537 W. Congress,    Chicago, IL 60624-3045
10885667     +Romeo G Guese,    1929 Glenrock Ln,    Glendale Height IL 60139-2146
10781181     +Sanjay Asija, CPA, P.C.,    870 E. Higgins Road, Suite 135,    Schaumburg, IL 60173-4787
10781182     +Shlepakov Dulce,    3653 W Belle Plaine Ave,    Chicago, IL 60618-2163
10781183     +Smaranda Mariana Badescu,    563 Goodwin Drive,    Bolingbrook, IL 60440-2079
10781184     +State of Illinois Dept. Of Labor,    160 North LaSalle, Ste. C-1300,    Chicago, IL 60601-3114
10781185     +StorageMart #0820,    100 West North Ave,    Lombard, IL 60148-1217
10781186     +Strategic Practice Solutions, Inc.,    1621 N. 16th Avenue,    Melrose Park, IL 60160-2143
10899432     +Syeda Z Razvi,    1383 Tail Oaks Dr,    Carol Stream , IL 60188-4204
10781187     +Tatyana Golubok,    9105 30th St,    Brookfield IL 60513-1025

The following entities were served by electronic transmission on Mar 05, 2009.
10781161      E-mail/Text: brandy.glashin@comed.com                           ComEd,    Bill Payment Center,
               Chicago, IL 60668-0001
10781176      E-mail/Text: bankrup@nicor.com                           Nicor Gas,    PO BOX 2020,
               Aurora, IL 60507-2020
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Mar 04, 2009
Case: 06-07093                Form ID: pdf002          Total Served: 54

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2009**              **Signature:**    *Joseph Speetjens*