UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:  § Case No. 06-07093 SQU
ADVANCE MEDICAL LAB INC  §
 §
Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter _____ on _____. The case was pending for _____ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Albert Bernard | | | | | |
| Angara Paterno | | | | | |
| Antonio Dacayo | | | | | |
| Aslam Farhana | | | | | |
| Castillo Josue | | | | | |
| John Julilan | | | | | |
| Mariana Badescu Smaranda | | | | | |
| Migdalia Mercado | | | | | |
| Prosperita Pitos | | | | | |
| Reashawn Moore | | | | | |
| Shlepakov Dulce | | | | | |
| ANIL SHORI | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CECILIA SEGOVIA | | | | | |
| HOLDER JOHN TOPAN | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| JOAQUIN VILMA | | | | | |
| JUDITH A GUESE | | | | | |
| ROMEO G GUESE | | | | | |
| STATE TAX | | | | | |
| TATYANA GOLUBOK | | | | | |
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| FEDERAL UNEMPLOYMENT INSURANCE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPT EMPLOYMENT SECURITY | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | | |
| STATE UNEMPLOYMENT INSURANCE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T | | | | | |
| Alexander & Hamilton, Inc. | | | | | |
| Appalachian Underwrites, Inc. | | | | | |
| Bank of America Leasing | | | | | |
| CLIA Laboratory Program | | | | | |
| Collections Section | | | | | |
| College of American Pathologists | | | | | |
| ComEd | | | | | |
| Comcast | | | | | |
| Dade Behring Inc. | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hinkley Springs | | | | | |
| Johnson & Repasky | | | | | |
| National Bureau of Collections | | | | | |
| Nicor Gas | | | | | |
| Qaiser Quddusi | | | | | |
| State of Illinois Dept. of Labor | | | | | |
| Storage Mart #08020 | | | | | |
| Strategic Practice Solutions | | | | | |
| ALPHA MEDTHRIFT SCIENTIFIC CO,. | | | | | |
| BIO-RAD LABORATORIES INC | | | | | |
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| FISHER SCIENTIFIC | | | | | |
| LABORATORY CORPORATION OF AMERICA | | | | | |
| MOHAMMAD A KHAIR | | | | | |
| SANJAY ASIJA, CPA, P.C. | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPT EMPLOYMENT SECURITY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
Case 06-07093 Doc 79 Filed 09/21/09 Entered 09/21/09 11:48:31 Desc Main
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
Document Page 10 of 17
**ASSET CASES**
Page: 1

Exhibit 8

| Case No: | 06-07093 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ADVANCE MEDICAL LAB INC | Date Filed (f) or Converted (c): | 06/16/06 (f) |
| | | 341(a) Meeting Date: | 08/08/06 |
| For Period Ending: 09/15/09 | | Claims Bar Date: | 11/13/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 25.00 | 0.00 | | 0.00 | FA |
| 2. Security Deposit | 1,795.00 | 0.00 | | 0.00 | FA |
| 3. A/R | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 4. Machinery & Equipment | 44,000.00 | 15,000.00 | | 15,000.00 | FA |
| 5. Inventory | 1,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 365.44 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $57,320.00 | $25,000.00 | $25,365.44 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has filed tax returns and is reviewing claims.

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 12/31/09

_____ Date: _____

GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 06-07093 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ADVANCE MEDICAL LAB INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9763 BofA - Checking Account |
| Taxpayer ID No: | *******7026 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C t 04/02/09 | | Transfer from Acct #*******4150 | Transfer In From MMA Account | 9999-000 | 22,583.99 | | 22,583.99 |
| 04/06/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 3,286.49 | 19,297.50 |
| 04/06/09 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys fee | 3110-000 | | 4,046.95 | 15,250.55 |
| 04/06/09 | 003003 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 2,029.55 | 13,221.00 |
| 04/06/09 | 003004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys expenses | 3120-000 | | 139.82 | 13,081.18 |
| C 04/21/09 | 003005 | Romeo G Guese<br>1929 Glenrock Ln<br>Glendale Height IL 60139 | Claim 000008, Payment 35.50980% | 5300-000 | | 2,462.61 | 10,618.57 |
| C 04/21/09 | 003006 | Holder John Topan<br>650 St Charles Rd #209<br>Carol Stream, IL 60188 | Claim 000009, Payment 35.50960% | 5300-000 | | 1,231.30 | 9,387.27 |
| C 04/21/09 | 003007 | JUDITH A GUESE<br>1929 GLENROCK LN<br>GLENDALE HEIGHT IL 60139 | Claim 000015, Payment 35.50974% | 5300-000 | | 935.79 | 8,451.48 |

UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

LFORM2T4

Ver: 14.31c

FORM 2 Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-07093 -SQU | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|
| Case Name: | ADVANCE MEDICAL LAB INC | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | | Account Number / CD #: | *******9763 BofA - Checking Account | |
| Taxpayer ID No: | *******7026 | | | |
| For Period Ending: | 09/15/09 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | Account / CD |
| | | | | | Deposits ($) | Disbursements ($) | Balance ($) |
| C 04/21/09 | 003008 | Tatyana Golubok<br>9105 30th St<br>Brookfield IL 60513 | Claim 000018, Payment 35.50963% | 5300-000 | | 971.74 | 7,479.74 |
| C 04/21/09 | 003009 | Anil Shori<br>12 Revere Dr<br>S Barrington IL 60010 | Claim 000024, Payment 35.50965% | 5300-000 | | 1,161.83 | 6,317.91 |
| C 04/21/09 | 003010 | Joaquin Vilma<br>3133 N Menard Ave<br>Chicago, IL 60634 | Claim 000026, Payment 35.50967% | 5300-000 | | 738.77 | 5,579.14 |
| C 04/21/09 | 003011 | Cecilia Segovia<br>1786 Lanyon Drive<br>Bartlett IL 60103 | Claim 000027, Payment 35.50933% | 5300-000 | | 369.39 | 5,209.75 |
| C 04/21/09 | 003012 | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-000 | | 703.71 | 4,506.04 |
| C 04/21/09 | 003013 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-000 | | 703.71 | 3,802.33 |
| C 04/21/09 | 003014 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-000 | | 2,270.05 | 1,532.28 |
| C 04/21/09 | 003015 | FEDERAL UNEMPLOYMENT INSURANCE | FEDERAL UNEMPLOYMENT INSURANCE | 5800-000 | | 90.79 | 1,441.49 |
| C 04/21/09 | 003016 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-000 | | 164.58 | 1,276.91 |
| C 04/21/09 | 003017 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-000 | | 164.58 | 1,112.33 |
| C 04/21/09 | 003018 | STATE TAX | ILLINOIS STATE TAX | 5300-000 | | 340.51 | 771.82 |
| C 04/21/09 | 003019 | STATE UNEMPLOYMENT INSURANCE | ILLINOIS UNEMPLOYMENT INSURANC | 5800-000 | | 771.82 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-07093 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ADVANCE MEDICAL LAB INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9763  BofA - Checking Account |
| Taxpayer ID No: | *******7026 | | |
| For Period Ending: | 09/15/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******9763 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 19 | Checks | 22,583.99 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 22,583.99 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 22,583.99 | | | |
| | Total | $ 22,583.99 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 06-07093 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | ADVANCE MEDICAL LAB INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4150 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7026 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 08/14/06 | 3, 4 | Mohammed Ahmed | | 1129-000 | 25,000.00 | | 25,000.00 |
| C 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.23 | | 25,010.23 |
| C 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.55 | | 25,030.78 |
| C 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.26 | | 25,052.04 |
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.59 | | 25,072.63 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.29 | | 25,093.92 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.32 | | 25,115.24 |
| C 02/15/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans, LA 70130 | BOND BOND | 2300-000 | | 19.37 | 25,095.87 |
| C 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.26 | | 25,115.13 |
| C 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.32 | | 25,136.45 |
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.67 | | 25,157.12 |
| C 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.37 | | 25,178.49 |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.68 | | 25,199.17 |
| C 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.41 | | 25,220.58 |
| C 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.42 | | 25,242.00 |
| C 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 16.07 | | 25,258.07 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-07093 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ADVANCE MEDICAL LAB INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4150  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7026 | | |
| For Period Ending: | 09/15/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 16.10 | | 25,274.17 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 13.50 | | 25,287.67 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 12.09 | | 25,299.76 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 10.02 | | 25,309.78 |
| C  02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 23.80 | 25,285.98 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 6.01 | | 25,291.99 |
| C  03/13/08 | 000303 | Alan D. Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL  60603 | Accountant Fees per Court Order | 3410-000 | | 2,688.60 | 22,603.39 |
| C  03/13/08 | 000304 | Alan D. Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL  60603 | Accountant Expenses per Court Order | 3420-000 | | 32.08 | 22,571.31 |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.74 | | 22,577.05 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.63 | | 22,581.68 |
| C  05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.87 | | 22,584.55 |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.78 | | 22,587.33 |

UST Form 101-7-TDR (4/1/2009) *(Page: 15)*

LFORM2T4                                                                                              Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-07093 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | ADVANCE MEDICAL LAB INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4150 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7026 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.87 | | 22,590.20 |
| C 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.86 | | 22,593.06 |
| C 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.78 | | 22,595.84 |
| C 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.19 | | 22,598.03 |
| C 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.85 | | 22,599.88 |
| C 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.14 | | 22,601.02 |
| C 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,601.21 |
| C 02/17/09 | 000305 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 17.60 | 22,583.61 |
| C 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 22,583.78 |
| C 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 22,583.98 |
| C 04/02/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 22,583.99 |
| C t 04/02/09 | | Transfer to Acct #*******9763 | Final Posting Transfer | 9999-000 | | 22,583.99 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-07093 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ADVANCE MEDICAL LAB INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4150 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7026 | | | |
| For Period Ending: | 09/15/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******4150 | | | | |
| --- | --- | --- | --- | --- |
| | Balance Forward | 0.00 | | |
| 1 | Deposits | 25,000.00 | 5 Checks | 2,781.45 |
| 33 | Interest Postings | 365.44 | 0 Adjustments Out | 0.00 |
| | | | 1 Transfers Out | 22,583.99 |
| | Subtotal | $ 25,365.44 | | |
| | | | Total | $ 25,365.44 |
| 0 | Adjustments In | 0.00 | | |
| 0 | Transfers In | 0.00 | | |
| | Total | $ 25,365.44 | | |

| Report Totals | | | | |
| --- | --- | --- | --- | --- |
| | Balance Forward | 0.00 | | |
| 1 | Deposits | 25,000.00 | 24 Checks | 25,365.44 |
| 33 | Interest Postings | 365.44 | 0 Adjustments Out | 0.00 |
| | | | 1 Transfers Out | 22,583.99 |
| | Subtotal | $ 25,365.44 | | |
| | | | Total | $ 47,949.43 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 22,583.99 | | |
| | Total | $ 47,949.43 | Net Total Balance | $ 0.00 |

              /s/    GINA B. KROL
Trustee's Signature: _____ Date: 09/15/09
              GINA B. KROL